AO 106 (Rev. 04/10) Application for a Search Warrant                                           AUSA Kevin Kelley

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 AUG 10 PM 12: 48
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Miguel Palmer M/B<br>DOB 12/27/1979<br>SSN #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<br>Currently incarcerated at the Franklin County Jail | ) ) ) ) ) ) ) | Case No. 2:18mj594 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Miguel Palmer M/B DOB 12/27/1979 SSN #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

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Samuel Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___08/10/2018___

_____
*Judge's signature*

City and state: Columbus, Ohio

US Magistrate Judge Deavers
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Samuel Chappell, Task Force Officer, ATF, being duly sworn, depose and say that I am one of the Lead Investigators in this investigation. I have consulted with the other Lead Investigators regarding this investigation and have probable cause to believe the following is true, based on the investigation to date:

### INTRODUCTION

1. I am a Columbus Ohio Police officer assigned as a Task Force Officer with the bureau of Alcohol Tobacco and Firearms. The Columbus Division of Police has employed me since 2007. My responsibilities as a Task Force Officer include the investigation of violent criminal street gangs, narcotics traffickers, money launderers, and fraud and firearm related crimes. I have participated in the execution of search warrants and arrests related to the above-referenced offenses. By virtue of my experience and training, I am familiar with money laundering techniques utilized by individuals involved in illegal activities, such as narcotics trafficking and the interstate transportation of stolen items. I know that it is common for people involved in these types of illegal activities to accumulate large sums of U.S. currency that they seek to launder in order to avoid detection of their illegal activities, and attempt to freely spend the cash without drawing law enforcement scrutiny. I know that individuals that illegally transport stolen items are also commonly involved in multiple other types of fraudulent activities designed to conceal the source of their stolen property and the maintenance of storage locations.

    a. Throughout this affidavit, reference to "investigators" specifically refers to criminal investigators;

2. Based on the facts set forth in this affidavit there is probable cause to believe that inside of **Miguel PALMER** M/B DOB 12/27/1979 SSN #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 there exists evidence of violations of Title 18 U.S.C. 922(g)(1) possession of a firearm by a convicted felon.

### PURPOSE OF AFFIDAVIT

3. Your affiant submits there is probable cause to believe that evidence of criminal activity, namely criminal violations of the federal criminal code (Title 18), § 922(g)(1) (felon in possession of a firearm) are located inside of Miguel PALMER. PALMER's history of

criminal activity consists of multiple felony convictions for offenses involving firearms and narcotics. These convictions would prohibit PALMER from possessing a firearm.

4. Because this affidavit is offered for the limited purpose of establishing probable cause in support of this warrant, it does not set forth all facts known to this investigation.

## LOCATION TO BE SEARCHED

Miguel PALMER M/B DOB 12/27/1979 SSN #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 who is currently incarcerated at the Franklin County Jail.

## ITEMS TO BE SEIZED

Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

## PROBABLE CAUSE

5. On or about June 11, 2018, a federal search warrant was executed at 3788 Waderidge Trail, Groveport Ohio, 43125. Investigators using surveillance and other investigative techniques were aware that 3788 Waderidge Trail was the residence of Miguel PALMER.

6. During a search of the residence, investigators found a loaded Berretta Nano, 9mm pistol SN NU089856 on the couch in the living room. In the same area, investigators located photos of PALMER.

7. In the kitchen next to the living room, multiple documents were found in the name of Miguel PALMER.

8. Investigators observed that only the master bedroom was finished and it only contained male clothing.

9. Prescriptions found in the bathroom were prescribed to PALMER.

10. PALMER is prohibited from possession a firearm and or ammunition due to several felony convictions including a conviction from Franklin County Common Pleas Court case 04CR006886 for aggravated assault O.R.C. 2903.12 a felony of the 4th degree.

## CONCLUSION

11. The recovered firearm was swapped for cellular material and the swaps were be submitted to the Columbus Police Crime Lab for DNA analysis. If DNA profiles are recovered from these swaps a reference standard from PALMER is needed for comparison.

12. In view of the above mentioned facts and my training and experience in the investigation of narcotics and firearm related crimes, I have probable cause to believe that contained inside Miguel PALMER M/B DOB 12/27/1979 SSN #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 is evidence of:

    a. 18 USC 922(g)(1) – Felon in possession of a firearm.

13. Accordingly, I respectfully request that the Court issue the following:

    a. A Search Warrant for Miguel PALMER M/B DOB 12/27/1979 SSN #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 to obtain Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.
    (a) Authority to execute the Search Warrant with force if necessary.
    (b) An Order sealing the Application, Affidavit, and Search Warrant until further Order of this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Samuel Chappell
Task Force Officer ATF

Subscribed to and sworn before me this _10_ day of August 2018.

_____
HONORABLE ELIZABETH PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF OHIO

3