AO 93 (Rev. 11/13) Search and Seizure Warrant

AUSA Kevin Kelley

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Miguel Palmer M/B<br>DOB 12/27/1979<br>SSN #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<br>Currently incarcerated at the Franklin County Jail | Case No. 2:18 mj 594 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:
Miguel Palmer M/B DOB 12/27/1979 SSN 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 who is Currently incarcerated at the Franklin County Jail

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

**YOU ARE COMMANDED** to execute this warrant on or before ___Aug. 24, 2018___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Any US Magistrate_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___Aug. 10, 2018___            ___[signature]___
                                                                              *Judge's signature*

City and state: ___Columbus, Ohio___            ___US Magistrate Judge Deavers___
                                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 8-10-12  1245P | Copy of warrant and inventory left with: MIGUEL PALMER |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: 2 buccal swabs | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-10-12

_Executing officer's signature_

Samuel Chappell ATF TFO
_Printed name and title_